# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2006

Clifford W. Taylor,
Chief Justice

127938

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SOPHIA GARZA,
      Plaintiff-Appellee,

v

MEXICAN INDUSTRIES IN MICHIGAN, INC.,
and CENTENNIAL INSURANCE COMPANY,
      Defendants-Appellants,

and

FIREMAN'S FUND INSURANCE COMPANY,
      Defendant-Appellee.
_____/

SC: 127938
COA: 256698
WCAC: 00-000478

      On order of the Court, the application for leave to appeal the January 4, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2006

_____
Clerk

s0320